# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2013

*The Court of Appeals hereby passes the following order:*

## A12A2555. DEVELOPMENT AUTHORITY OF FULTON COUNTY v. SHERMAN.

John Sherman filed a notice of appeal to this Court, challenging an order of the Fulton County Superior Court that validated the issuance of certain bonds and bond security documents. Several months later, the Development Authority of Fulton County ("DAFC") filed a motion in the trial court seeking to dismiss Sherman's appeal, citing his unreasonable delay in filing the transcript of the bond validation hearing and his unreasonable delay in paying costs. Sherman thereafter filed an amended notice of appeal, in which he stated that he was appealing the case to the Georgia Supreme Court. DAFC filed a motion to dismiss Sherman's amended notice of appeal, arguing that he was not entitled to file the same, as there was no error in the original notice of appeal. DAFC also claimed that Sherman's filing of the amended notice of appeal, which purported to be appealing to a different appellate court, was simply a tactic designed to avoid the consequences of his failure to timely pay the bill of costs and arrange for the preparation and filing of the hearing transcript.

Unbeknownst to DAFC, and apparently as the result of a mistake by the Fulton County Superior Court Clerk's Office, the appellate record, consisting of both the original and amended notice of appeal, was transmitted to the Georgia Supreme Court. The Supreme Court, in turn, transferred the case to this Court, where it was docketed as *Sherman v. Development Authority of Fulton County, et al.*, Case No. A12A2112.

Upon learning of the erroneous transmission of the appeal to the Georgia Supreme Court, DAFC filed an Emergency Motion under Uniform Superior Court Rule 6.7 seeking to have the trial court issue an order withdrawing the transmittal of

the appeal, thereby allowing the trial court to rule on DAFC's motions to dismiss both the original and the amended notices of appeal. The trial court entered an order declining to decide DAFC's emergency motion on the grounds that once the appeal was transmitted, it lost jurisdiction to rule on any motion challenging the appeal. DAFC then brought this appeal, challenging the trial court's finding that it was without jurisdiction to withdraw the transmittal of the appeal in Case No. A12A2112.

Given that we have now decided the appeal which DAFC sought to have dismissed, (see *Sherman v. Development Authority of Fulton County, et al.*, Case No. A12A2112, decided March 7, 2013), the current appeal is hereby DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>03/07/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*